IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TEMI BAMGBOSE, Individually and on Behalf of All Others Similarly Situated | : : : : | CIVIL ACTION |
| v. | : : | |
| DELTA-T GROUP, INC., et al. | : | NO. 09-667 |

<u>ORDER</u>

AND NOW, this 6th day of July, 2009, upon consideration of the defendants' Motion to Dismiss the Plaintiff's ERISA Claims (Docket No. 27), the plaintiff's opposition, and the defendants' reply thereto, and following a hearing on the defendants' motion on June 23, 2009, for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that said motion is GRANTED.  The named plaintiff's ERISA claims are dismissed.


BY THE COURT:


<u>/s/ Mary A. McLaughlin</u>
MARY A. McLAUGHLIN, J.