IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TEMI BAMGBOSE, Individually and on Behalf of All Others Similarly Situated | : : : : | CIVIL ACTION |
| v. | : : | |
| DELTA-T GROUP, INC., et al. | : | NO. 09-667 |

ORDER

AND NOW, this 8th day of February, 2010, upon consideration of the plaintiff's motion for FLSA conditional collective action certification and judicial notice (Docket No. 101), the defendant's opposition, and the plaintiff's reply thereto, and following a hearing on the plaintiff's motion on October 22, 2009, for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that said motion is DENIED without prejudice. The parties shall report to the Court by February 19, 2010, as to how they would like to proceed, in view of the Court's decision.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.