```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| TEMI BAMGBOSE, Individually and on Behalf of All Others Similarly Situated | : : : : | CIVIL ACTION |
| v. | : : | |
| DELTA-T GROUP, INC., et al. | : | NO. 09-667 |

## ORDER

AND NOW, this 9th day of December, 2011, upon consideration of the plaintiffs' Motion to Enforce the Settlement Agreement (Docket No. 240), the defendants' response thereto, the plaintiffs' memorandum in reply, after an on-the-record hearing with counsel, upon consideration of the parties' supplemental briefings, and for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that the plaintiff's motion is GRANTED.

The parties are directed to file a joint motion for preliminary approval of the settlement on or before January 16, 2012.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.