```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA


TEMI BAMGBOSE, Individually    :   CIVIL ACTION
and on Behalf of All Others    :
Similarly Situated             :
                               :
          v.                   :
                               :
DELTA-T GROUP, INC., et al.    :   NO. 09-667
```

ORDER

AND NOW, this 10th day of January, 2012, whereas the Court previously entered an Order setting a deadline for the filing of a joint motion for preliminary approval of a settlement in this matter for January 16, 2012 (Docket No. 258), and whereas that date is a federal holiday, IT IS HEREBY ORDERED that the parties are directed to file a joint motion for preliminary approval of the settlement on or before January 17, 2012.

                         BY THE COURT:


                         /s/ Mary A. McLaughlin
                         MARY A. McLAUGHLIN, J.