## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TEMI BAMGBOSE, and JOHN HARRIS ) <br> individually and on behalf of other similarly ) <br> situated individuals, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DELTA-T GROUP, INC., its predecessors, ) <br> successors, subsidiaries, and/or assigns, ) <br> JOANNE MCANDREWS, SCOTT ) <br> MCANDREWS, and CHRIS MCANDREWS in ) <br> their individual and fiduciary capacities, and ) <br> DOES 1 through 4, ) <br> ) <br> Defendants. ) | Case No. 09-CV-00667-MAM |

### DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

Defendants Delta-T Group, Inc., Joanne McAndrews, Scott McAndrews, and Chris McAndrews (collectively, "Delta-T"), hereby respectfully move this Court for an Order, pursuant to Fed. R. Civ. P. 6(b), extending by twenty-one (21) days the deadline for the parties to submit a joint motion for preliminary approval of the settlement of this matter.  While the Parties have been working diligently to finalize language to be included in a settlement agreement to be presented to the Court for preliminary approval, disagreements persist.  Accordingly, additional time is needed to permit the Parties to resolve their differences.

Plaintiffs do not oppose the motion.

14100872v.3

Respectfully submitted,

DEFENDANTS DELTA-T GROUP, INC.,
JOANNE MCANDREWS, SCOTT
MCANDREWS, AND CHRIS MCANDREWS


By       /s/ Gerald L. Maatman, Jr.
            Attorneys for Defendants

Gerald L. Maatman, Jr.
SEYFARTH SHAW LLP
131 South Dearborn, Suite 2400
Chicago, Illinois 60603
(312) 460-5000

Kenneth Sulzer
SEYFARTH SHAW LLP
2029 Century Park East Ste. 3300
Los Angeles, CA 90067
(310) 277-7200

Richard P. Gilly, Pa. Bar No. 79469
SEYFARTH SHAW LLP
975 F Street, N.W.
Washington, DC 20004
(202) 463-2400

Dated:  January 17, 2012

2

14100872v.3

## **CERTIFICATE OF COUNSEL**

      Pursuant to Local 7.1(b), I certify that on January 17, 2012, I informed Plaintiffs' counsel by telephone of Defendants' intent to file their Unopposed Motion for an Extension of Time to File Joint Motion for Preliminary Approval of Settlement, and that Plaintiffs' counsel communicated to me that Plaintiffs did not oppose the motion and would not contest the same.

                                        /s/ Gerald L. Maatman, Jr.
                                        Gerald L. Maatman, Jr.

14100872v.3