**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

TEMI BAMGBOSE, and JOHN HARRIS )
individually and on behalf of other similarly )
situated individuals, )
    )
    Plaintiffs, )    Case No. 09-CV-00667-MAM
    )
v. )
    )
DELTA-T GROUP, INC., its predecessors, )
successors, subsidiaries, and/or assigns, )
JOANNE MCANDREWS, SCOTT )
MCANDREWS, and CHRIS MCANDREWS in )
their individual and fiduciary capacities, and )
DOES 1 through 4, )
    )
    Defendants. )

**FILED**
JAN 19 2012
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

**[PROPOSED] ORDER**

AND NOW, this ___19___ day of _____, 2012, upon consideration of the

file, all the records, and the proceedings herein, and upon finding good cause, IT IS HEREBY

ORDERED, that:

Defendants' Motion for an extension of time for the Parties to file their joint motion for

preliminary approval of the settlement in this matter is GRANTED.

The parties shall file their motion for preliminary approval of the settlement on or before

February 7, 2012.

SO ORDERED THIS ___19___ DAY OF _____, 2012.

_____
Mary A. McLaughlin
United States District Court Judge
Eastern District of Pennsylvania

4

14100872v.3